FRENCH
v.
SHOTWELL.

ABEL FRENCH, MATTHIAS FREDENDALL, and SIMON BRADT; JACOB LA GRANGE, an Infant, by ELIZABETH GRANGE, his Mother and Guardian; JACOB VAN NEST, and ELIAS KANE, Appellants,

*against*

GILBERT SHOTWELL, Respondent.

*A plea may be good in part, and bad in part.*

*Where a plea is more extensive than the subject matter to which it re- lates, it may be ordered to stand as to so much of the bill to which it properly ap- plies; and the defendant must answer as to the resi- due.*

*A decree, or judgment, by consent, is binding and conclusive, un- less procured by fraud.*

*Where the defendant, himself, waives his defence to a judgment, on the ground of usury; a sub- sequent pur- chaser, under him, with no- tice of the judgment, can- not impeach it.*

APPEAL from the decree of the Court of Chancery, of the 27th of *December*, 1821, on a rehearing on the plea of the defendant; (5 *Johns. Ch. Rep.* 555. 569. S. C.) and a decree of the 8th of *August*, 1822, on the report of the mas- ter, as to the *exceptions* taken to the answer accompanying the plea, and to the further answer to the amended bill. (6 *Johns. Ch. Rep.* .)

*J. V. Henry*, for the appellants.

*H. Bleecker*, contra.

*November 13th.* The Court, (*Vielie*, senator, alone dis- senting,) being of opinion, that the decree of the Court of Chancery ought to be affirmed, the following decree was entered: "Counsel having been heard in this cause, and due deliberation being thereupon had, it is ORDERED, AD- JUDGED, and DECREED, that the decrees of the Court of Chancery, in this cause, be *affirmed*, and that the appeal be dismissed; and that the appellants pay to the respondent his costs, in defending this appeal, to be taxed, and that the record be remitted," &c.

Decree of affirmance.